UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 11424
   ALBERTO A ARELLANO
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-1776
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/13/06 and confirmed on 11/13/06.

2. The case was dismissed after confirmation, 08/23/2007.

3. The Debtor paid a total of $   5693.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 22154.55 | .00 | 242.95 |
| THE SILVERSTONE LAKE CON | SECURED | 3040.17 | .00 | 292.09 |
| RESURGENT CAPITAL SERVIC | SECURED | 20000.00 | 592.21 | 3585.09 |
| FIA CARD SERVICES | UNSECURED | 22400.10 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 530.99 | .00 | .00 |
| B REAL LLC | UNSECURED | 11074.57 | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6089.93 | .00 | .00 |
| INFIBANK | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | 9402.06 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3413.82 | .00 | .00 |

Summary of disbursements:

|   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 45194.72 | .00 | 52911.47 | .00 | 98106.19 |
| PRINCIPAL PAID | 4120.13 | .00 | .00 | .00 | 4120.13 |
| INTEREST PAID | 592.21 | .00 | .00 | .00 | 592.21 |
| TOTAL PAID | 4712.34 | .00 | .00 | .00 | 4712.34 |

The Debtor's attorney, COSTELLO & COSTELLO         , was allowed $   2500.00 and was paid $   1780.43   direct and $    719.57   through the plan.

The Trustee received $    261.09 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE